IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Todd Andrew Mason, and Alejandra Mason | ) | Case No. 17-14878-JDL |
| | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

**CREDITOR, GUILD MORTGAGE COMPANY,
NOTICE OF WITNESS & EXHIBIT LIST FOR MOTION FOR DETERMINATION OF
FEES, EXPENSES, OR CHARGES PURSUANT TO RULE 3002.1(E) AND NOTICE
THAT HEARING WILL BE HELD ON MARCH 12, 2019**

Creditor, Guild Mortgage Company, by and through its attorneys of record, *Kivell, Rayment and Francis*, P.C. and hereby submits its *Witness & Exhibit List*.

Creditor incorporates by reference all individuals listed in Debtor's *Witness and Exhibit List* not objected to by the Creditor. In addition to those listed by Debtor, Creditor names the following individuals as witnesses herein:

## WITNESSES

| NO. | NAME | ADDRESS | SUBJECT |
|---|---|---|---|
| 1. | Michael George, | c/o *Kivell, Rayment and Francis* Triad Center, Suite 550 7666 East 61st Street Tulsa, Oklahoma 74133 (918) 254-0626 | Will testify regarding the time invested and work completed on the above styled case.<br><br>Estimated time 15 minutes. |
| 2. | Bret Davis | c/o *Kivell, Rayment and Francis* Triad Center, Suite 550 7666 East 61st Street Tulsa, Oklahoma 74133 (918) 254-0626 | Will testify regarding the time a creditor's bankruptcy attorney takes to complete Proof of Claims, Payment Change Notices, and Plan Reviews, as well as the billing practices of attorneys who |

|   |   |   | perform creditor's bankruptcy work in the default mortgage servicing industry.<br><br>Estimated time 20 minutes |
|---|---|---|---|
| 3. | Jim Timberlake | c/o *Kivell, Rayment and Francis*<br>Triad Center, Suite 550<br>7666 East 61st Street<br>Tulsa, Oklahoma 74133<br>(405) 507-7108 | Will testify regarding the time a creditor's bankruptcy attorney takes to complete Proof of Claims, Payment Change Notices, and Plan Reviews, as well as the billing practices of attorneys who perform creditor's bankruptcy work in the default mortgage servicing industry.<br><br>Estimated time 20 minutes. |
| 4. | All witnesses listed by Debtors |   |   |

## **EXHIBITS**

| A. | Filed Post Petition Fee Notice [supplement to claim 15] |
|---|---|
| B. | Filed Proof of Claim [claim 15] |
| C. | Filed notice of mortgage payment change [supplement to claim 15, filed on January 17, 2018] |
| D. | Note and Mortgage |
| E. | Debtor's filed chapter 13 plan and subsequent amended plans[Doc. 2, Doc. 24, Doc. 31, Doc. 34, Doc. 40] |
| F. | Debtor's Bankruptcy Schedules [Doc. 1] |
| G. | All exhibits listed by Debtor not objected to by Creditor |
| H. | All exhibits deemed necessary for rebuttal by Creditor. |

**KIVELL, RAYMENT & FRANCIS**
A Professional Corporation

By: s/Adam Fiegel
Brian Rayment, OBA #7441
Adam Fiegel, OBA #33169
Robert Hauge, OBA #200070
Julie Hird Thomas, OBA #10660
Triad Center I, Suite 550
7666 East 61st Street
Tulsa, Oklahoma 74133
Telephone (918) 254-0626
Facsimile (918) 254-7915
E-mail: afiegel@kivell.com

ATTORNEYS FOR CREDITOR,
Guild Mortgage Company

## **CERTIFICATE OF MAILING**

I hereby certify that on February 15, 2018 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jason A. Sansone
Sansone Howell PLLC
Arvest Bank Tower, Suite 500
4600 SE 29th St.
Del City, OK 73115
*Service accomplished through Court's CM/ECF system.

John T. Hardeman
Chapter 13 Trustee
P.O. Box 1948
Oklahoma City, OK 73101
*Service accomplished through Court's CM/ECF system.

By: *s/*Adam Fiegel
Adam Fiegel, OBA #33169