**Dated: February 22, 2019**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TODD ANDREW MASON, | ) | Case No. 17-14878-JDL |
| ALEJANDRA MASON | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

**AGREED ORDER
RESOLVING DEBTOR'S MOTION FOR DETERMINATION OF FEES,
EXPENSES, OR CHARGES PURSUANT TO RULE 3002.1(E)**

This matter came before the Court on Debtor's Motion for Determination of Fees, Expenses, or Charges Pursuant to Rule 3002.1(e), filed on February 1, 2019 [Doc. No. 57]. A copy of the Motion was served pursuant to Local Rule 9007 on February 1, 2019 and notice of the Motion and of an opportunity for a hearing thereon was provided pursuant to Local Rule 9013-1(g). A response was filed by Guild Mortgage Company ("Creditor") on February 13,

1

2019.  [Doc. No. 60].  A hearing was scheduled to be heard on Tuesday, March 12, 2019 at 9:45AM before The Honorable Chief Judge Janice Loyd, 215 Dean A. McGee Ave, 2nd Floor Courtroom, Oklahoma City, OK 73102.  Before this matter came on for hearing, the Debtor and Creditor presented this Agreed Order to the Court.  This Order is entered based upon agreement of the parties and not determinative or precedential regarding any of the issues or defenses raised by either party in the underlying litigation.

**IT IS THEREFORE ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that the Form 410S2 Notice of Postpetition Mortgage Fees, Expenses and Charges filed on February 19, 2018 by Creditor is disallowed in whole.

**IT IS FURTHER ORDERED** that the parties shall bear their own fees and costs for the prosecution of this matter.

**IT IS FURTHER ORDERED** that Creditor not include the disallowed fees in any future proof of claim or Rule 3002.1 Notice.

**IT IS FURTHER ORDERED** that the hearing scheduled for March 12, 2019 is stricken.

All findings of fact are based upon representation of Debtor's counsel, Jason A. Sansone.

###

APPROVED FOR ENTRY:
**SANSONE HOWELL PLLC**

/s/ Jason A. Sansone_____
Jason A. Sansone, OBA No. 30913
Sansone Howell PLLC
4600 SE 29th St., Suite 500
Del City, Oklahoma 73115
Telephone: (405) 455-1032
Facsimile: (866) 679-1329
Email: JSansone@SansoneHowell.com
**COUNSEL FOR DEBTOR**

**KIVELL, RAYMENT and FRANCIS, P.C.**

s/Adam Fiegel
Brian J. Rayment, OBA #7441
Adam Fiegel, OBA #33169
Robert Hauge, OBA #20007
Triad Center I, Suite 550
7666 East 61st Street
Tulsa, Oklahoma 74133
Phone: (918) 254-0626
Facsimile: (918) 254-7048
E-mail: afiegel@kivell.com
**ATTORNEYS FOR CREDITOR,
Guild Mortgage Company**